IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : : : | CIVIL ACTION |
| v. | : : | |
| ST. JUDE CHILDREN'S RESEARCH HOSPITAL | : : | NO. 13-1502 |

ORDER

AND NOW, this 28th day of January, 2014, upon consideration of the status conference held today in Chambers, it is hereby ORDERED that:

1. In accordance with Loc. R. Civ. P. 72.1 and 28 U.S.C. § 636(b)(3), this case is REFERRED to the Honorable Jacob P. Hart to attempt to resolve the claims in this matter;

2. The parties shall COOPERATE in accordance with Judge Hart's instructions; and

3. The Clerk of Court shall TRANSFER this case from the Court's Active docket to our Civil Suspense docket until March 28, 2014, unless the parties, through Abraham C. Reich, Esq., inform the Court that they require more time for settlement discussions.

BY THE COURT:

/s/ Stewart Dalzell, J.