# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>ST. JUDE CHILDREN'S RESEARCH HOSPITAL, INC. and JUNO THERAPEUTICS, INC.,<br><br>        Defendants. | Civil Action No. 2:13-cv-01502-SD |

## NOVARTIS PHARMACEUTICAL CORPORATION'S
## RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") opposes the motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) filed by defendant Juno Therapeutics, Inc. (D.I. 72) and joined by defendant St. Jude Children's Research Hospital, Inc. (D.I. 75), for the reasons set forth in Novartis' accompanying memorandum of law.

        Respectfully submitted,

        Novartis Pharmaceuticals Corporation

Dated:  March 26, 2014        /s/ Madeline M. Sherry

        Madeline M. Sherry
        GIBBONS P.C.
        1700 Two Logan Square
        18th & Arch Streets
        Philadelphia, PA  19103-2769
        Phone:  215-446-6201
        Fax:  215-446-6311

David K. Barr (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
Phone:  212-836-7560
Fax:  212-836-6560

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2014, I caused a true and correct copy of Novartis Pharmaceuticals Corporation's Response in Opposition to Defendants' Motion to Dismiss and Memorandum in Opposition to Defendants' Motion to Dismiss be filed with the Clerk of the Court for the Eastern District of Pennsylvania, and a copy was served on the following counsel via the Court's electronic filing ("ECF") system.

>Abraham C. Reich, Esq. (areich@foxrothschild.com)
>Robert S. Tintner, Esq. (rtintner@foxrothschild.com)
>Fox Rothschild LLP
>2000 Market Street, 20th Floor
>Philadelphia, PA  19103-3222
>
>Morgan Chu, Esq. (mchu@irell.com)
>Alan J. Heinrich, Esq. (aheinrich@irell.com)
>Andrei Iancu, Esq. (aiancu@irell.com)
>Amir Naini, Esq. (anaini@irell.com)
>Melissa Sedrish Rabbani, Esq. (mrabbani@irell.com)
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA  90067-4276
>
>*Attorneys for Juno Therapeutics, Inc.*
>
>Daniel Segal, Esq. (dsegal@hangley.com)
>Hangley Aronchick Segal Pudlin & Schiller
>One Logan Square
>18th & Cherry Streets, 27th Floor
>Philadelphia, PA  19103-6933
>
>Alan E. Friedman, Esq. (aefriedman@foley.com)
>Foley & Lardner LLP
>555 South Flower Street, Suite 3500
>Los Angeles, CA  90071-2411
>
>Kelsey I. Nix, Esq. (knix@jonesday.com)
>Glenn L. Krinsky, Esq. (glkrinsky@jonesday.com)
>Jones Day
>222 East 41st Street
>New York, NY  10017
>
>*Attorneys for St. Jude Children's Research Hospital*
>
>
>Eric Kraeutler, Esq. (ekraeutler@morganlewis.com)
>John V. Gorman, Esq. (jgorman@morganlewis.com)

Deborah W. Frey, Esq. (dfrey@morganlewis.com)
Aaron V. Skrypski, Esq. (askrypski@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921

*Attorneys for Trustees of the
University of Pennsylvania*

                                             */s/ Madeline M. Sherry*
                                             Madeline M. Sherry